**UNITED STATES DISTRICT COURT**

Northern District of California

Oakland Division

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>SOUTH CITY FORD, INC., et al.,<br>　　　Defendants.<br>_____/ | No. C 11-4590 CW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　March 30, 2012<br>Mediator:　 Michael Sobel |

IT IS HEREBY ORDERED that the request to allow trustee James Beno to appear on behalf of all of the named trustees at the mediation scheduled for March 30, 2012 is GRANTED.

IT IS SO ORDERED.

February 23, 2012　　　　　By: _____
Dated　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California