UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,
    Plaintiffs,

v.

SOUTH CITY FORD, INC., et al.,
    Defendants.
_____/

No. C 11-4590 CW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     March 30, 2012
Mediator: Michael Sobel

    IT IS HEREBY ORDERED that the request to allow trustee James Beno to appear on behalf of all of the named trustees at the mediation scheduled for March 30, 2012 is GRANTED.

    IT IS SO ORDERED.

February 23, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge