1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   (415) 882-7900
5  (415) 882-9287 – Facsimile

6  Attorneys for Plaintiffs

7  JOSHUA J. CLIFFE (SBN 215390)
   jcliffe@littler.com
8  LITTLER MENDELSON, PC
   650 California Street, 20th Floor
9  San Francisco, CA  94108-2693
   Telephone: (415) 433-1940
10
   Attorneys for Defendant
11 SOUTH CITY MOTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>SOUTH CITY FORD, INC., a California corporation, et al.,<br><br>                    Defendants. | Case No.: C 11-04590 CW<br><br>**STIPULATION AND JOINT ADMINISTRATIVE MOTION TO AMEND CASE MANAGEMENT ORDER**<br><br>**Complaint filed: September 15, 2011**<br>**Trial Date: Not Set** |

The plaintiffs' first amended complaint contains two causes of action against defendants South City Ford, Inc. ("SC Ford"), David J. Gonzalez and Florida Gonzalez (collectively "the SC Ford defendants"), alleging that all are jointly and severally liable for SC Ford's ERISA withdrawal liability as a control group. The first amended complaint also contains a third cause of action against defendant South City Motors, Inc. ("SC Motors") only, alleging that SC Motors is liable for the withdrawal liability based on its alleged status as SC Ford's successor.

On January 4, 2012, this Court entered its Minute Order and Case Management Order (Dkt

- 1 -   **STIP AND JOINT ADMIN.
MOTION TO AMEND CASE MANAGEMENT ORDER;
ORDER**
Case No.:  C 11-04590 CW

1 No. 31), setting the following dates:

2     ADR session to be held by: 3/20/12
    (or as soon thereafter as is convenient to the mediator's schedule)

3     Deadline to add additional parties or claims: 5/4/12

4     Date of next case management conference: 12/20/12

5     Completion of Fact Discovery: 11/19/12

6     Disclosure of identities and reports of expert witnesses: 1/31/13

    Rebuttal: 2/28/13

7     Completion of Expert Discovery: 3/29/13

8     All case-dispositive motions to be heard at 2:00 P.M.
    on or before: 12/20/12

9     Final Pretrial Conference: Not set

10     Trial: Not set

11     The Case Management Order was amended once to extend the deadline for completing

12 ADR from March 20, 2012, to March 30, 2012. The parties attended a mediation session that did

13 not result in settlement.

14     Plaintiffs are preparing to file a motion for summary judgment against the SC Ford

15 defendants, which will be heard on the scheduled deadline of December 20, 2012. SC Motors

16 contends, and the plaintiffs deny, that plaintiffs must first attempt recovery against the SC Ford

17 defendants before they can recover from SC Motors as a successor.

18     The stipulating parties believe that it would be a more efficient use of the Court's and

19 parties' resources to extend the case management dates as to the third cause of action against SC

20 Motors only, so that the plaintiffs can first attempt recovery against the SC Ford defendants. In

21 addition, prosecuting the case in two phases may result in the narrowing of issues to be decided if

22 it is necessary to go forward on the successorship claim against SC Motors by addressing the

23 disputed contention that SC Motors' liability is secondary to that of the SC Ford defendants.

24     For these reasons, plaintiffs and defendant SC Motors, through their respective counsel,

25 hereby stipulate and request that the Court amend its Case Management Order as follows:

26     Completion of Fact Discovery on Third Cause of Action:    3/29/13

27     All case-dispositive motions on Third Cause of Action
     to be heard at 2:00 P.M. on or before:                         5/15/13

28

- 2 -    **STIP AND JOINT ADMIN. MOTION TO AMEND CASE MANAGEMENT ORDER; ORDER**
Case No.: C 11-04590 CW

1  Further case management conference at 2:00 P.M.:      5/15/13

2  IT IS SO STIPULATED.

3                    ATTESTATION RE SIGNATURES

4     I, Anne M. Bevington, declare under penalty of perjury that I have obtained concurrence

5  in the filing of this document from Joshua J. Cliffe, attorney of record for defendant South City

6  Motors, Inc., who agreed that the document may be filed with his electronic signature.

7  Dated: November 2, 2012.            SALTZMAN & JOHNSON LAW
                                       CORPORATION
8
                                       By:   /s/ Anne M. Bevington_____
9                                            Anne M. Bevington
                                             Attorneys for Plaintiffs
10

11 Dated: November 6, 2012.            LITTLER MENDELSON
                                       A Professional Corporation
12
                                       By:   /s/ Joshua J. Cliffe_____
13                                           Joshua J. Cliffe
                                             Attorneys for Defendant
14                                           South City Motors, Inc.

15                                ORDER

16    Plaintiffs and defendant South City Motors, Inc., having so stipulated, and good cause

17 being shown, the Case Management Order is hereby amended to extend case management dates as

18 to the Third Cause of Action of Plaintiffs' First Amended Complaint as follows:

19    Completion of Fact Discovery on Third Cause of Action:   3/29/13

20    All case-dispositive motions on Third Cause of Action
       to be heard at 2:00 P.M. on or before:             **5/16/13**
21
      Further case management conference at 2:00 P.M.:    **5/16/13**
22
      The Court further orders:
23
   IT IS SO ORDERED.
24
   Dated:   November 8, 2012.
25                                         _____
                                           HON. CLAUDIA WILKEN
26                                         UNITED STATES DISTRICT JUDGE

27

28
                                    - 3 -         **STIP AND JOINT ADMIN.**
                                       **MOTION TO AMEND CASE MANAGEMENT ORDER;**
                                                                        **ORDER**
                                                       Case No.:  C 11-04590 CW