PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
ANNE BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

MERRILL G. EMERICK, Esq. (SBN 117248)
memerick@aelawllp.com
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081

Attorneys for Defendants
SOUTH CITY FORD, INC., DAVID J.
GONZALEZ AND FLORIDA GONZALEZ

JOSHUA J. CLIFFE (SBN 215390)
jcliffe@littler.com
LITTLER MENDELSON, A PROFESSIONAL CORPORATION
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940

Attorneys for Defendant
SOUTH CITY MOTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CITY FORD, INC., a California corporation, et al.,<br><br>Defendants. | Case No.: C 11-04590 CW<br><br>**REQUEST FOR STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

1     This matter having been settled, the parties herein stipulate to and request the dismissal of this action with prejudice as to all Defendants SOUTH CITY FORD, INC., DAVID J. GONZALEZ, FLORIDA GONZALEZ and SOUTH CITY MOTORS, INC., all parties to bear their own costs of suit and attorneys' fees.

Dated: February 5, 2013.

SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Anne M. Bevington
    Anne M. Bevington
    Attorneys for Plaintiffs

Dated: February 5, 2013.

ANDERLINI & EMERICK LLP

By: /s/ Merrill G. Emerick
    Merrill G. Emerick
    Attorneys for Defendants
    South City Ford, Inc., David J.
    Gonzalez and Florida Gonzalez

Dated: February 5, 2013.

LITTLER MENDELSON
A Professional Corporation

By: /s/ Joshua J. Cliffe
    Joshua J. Cliffe
    Attorneys for Defendant
    South City Motors, Inc.

**IT IS SO ORDERED**:

Date: February 7, 2013

The Honorable CLAUDIA WILKEN,
UNITED STATES DISTRICT COURT JUDGE